UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLINE W.,

     Plaintiff,

v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

Case No. 25-cv-13888

Honorable Robert J. White

## ORDER REMANDING CASE UNDER SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted, and this case is reversed and remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

This Court hereby enters a judgment, reversing the Commissioner's decision under sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§ 405(g), with remand of the cause to the Commissioner for further administrative proceedings. This case is being remanded on the merits to permit the Administrative Law Judge to give further consideration to Plaintiff's subjective complaints. On remand, the Administrative Law Judge will further consider Plaintiff's claim,

including reevaluation of her residual functional capacity, take any further action necessary to complete the administrative record, and issue a new decision.

SO ORDERED.

Dated: June 10, 2026

s/Robert J. White
Robert J. White
United States District Judge

2