UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLINE WALTERS,

Plaintiff,

v.

FRANK J. BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

Case No. 25-cv-13888

Honorable Robert J. White

**JOINT STIPULATION FOR AN AWARD OF ATTORNEYS FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

Plaintiff, Caroline Walters, by Meredith E. Marcus, her attorney, and Defendant, Frank J. Bisignano, Commissioner of Social Security, by and through her undersigned attorney, Jerome F. Gorgon, Jr., United States Attorney for the Eastern District of Michigan, jointly stipulate and petition this Court to enter an order awarding attorney fees in the amount of $6,782.75 in the in full satisfaction and settlement of any and all claims Plaintiff may have under the under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412. Any fees paid belong to Plaintiff and not to

her attorney and can be offset to satisfy a pre-existing debt that Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by plaintiff and counsel.

Wherefore, Plaintiff and Defendant move the Court to accept this joint stipulation and enter an order awarding Plaintiff EAJA fees in the amount of $6,782.75.

This matter is before the Court on the parties' Joint Stipulation for an Award of Attorney Fees under the Equal Access to Justice Act ("EAJA"), it is hereby ORDERED that attorney's fees should be allowed in this case under the EAJA in the amount of $6,782.75. This award will fully and completely satisfy any and all of Plaintiff's claims for fees under 28 U.S.C. § 2412, and costs under 28 U.S.C. § 1920 and Fed. R. Civ. P. 54(d)(1). If Defendant can verify that Plaintiff does not owe any pre-existing debt subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and her attorney.

SO ORDERED.

Dated: August 31, 2026

s/ Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

Dated: August 31, 2026

Respectfully submitted,

Prepared by:

/s/ *Meredith E. Marcus*

Meredith E. Marcus
Osterhout Berger Daley, LLC
4256 N. Ravenswood Ave.
Suite 104
Chicago, IL 60613
(312) 561-3030
mmarcus@fdaleylaw.com

Approved by:

Jerome F. Gorgon, Jr.
United States Attorney

*/s/ Lisa G. Smoller*[1]

Lisa G. Smoller
Special Assistant United States Attorney
Program Litigation 4
Social Security Administration
Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Lisa.g.smoller@ssa.gov
617-565-4279

[1] Signed for Attorney Lisa G. Smoller by Meredith E. Marcus with consent obtained in an e-mail dated August 21, 2026.